UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ANJELIKA ANGELES, individually and on behalf of all others similarly situated,

                    Plaintiff,

     v.

GLAXOSMITHKLINE CONSUMER HEALTH L.L.C.,

                    Defendant.

**ORDER**

20 Civ. 6883 (ER)

RAMOS, D.J.

        On August 25, 2020, Anjelika Angeles brought this proposed class action against GlaxoSmithKline Consumer Health L.L.C. ("GSK") for deceptive trade practices and related claims. Doc. 1. On December 11, 2020, GSK requested, *inter alia*, that the Court stay this case pending resolution of an earlier-filed proposed class action, *Swetz v. GSK Consumer Health, Inc.*, No. 7:20-cv-04731 (NSR) (S.D.N.Y. June 19, 2020). Doc. 5 at 1. By letter dated December 29, 2020, Plaintiff consented to a stay pending resolution of *Swetz* or, in the alternative, requested that this case be marked as related to *Swetz*. Doc. 7. Following hearing from both parties at the conference held on January 5, 2021, and on consent of the parties, this case is stayed. The parties are directed to submit a joint status report within 48 hours of final resolution in *Swetz*.

        It is SO ORDERED.

Dated: January 5, 2021
       New York, New York

                                                        _____
                                                        Edgardo Ramos, U.S.D.J.