UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANJELIKA ANGELES,

        Plaintiff,

  - against -

GLAXOSMITHKLINE CONSUMER
HEALTHCARE L.L.C.,

        Defendant.

**OPINION AND ORDER**

20 Civ. 6883(ER)

Ramos, D.J.:

  On January 5, 2021, upon consent of the Parties, the Court stayed this case. On May 5, 2021, Plaintiff filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

  Accordingly, the Clerk is respectfully directed to lift the stay so that the notice of voluntary dismissal may be entered.

  SO ORDERED.

Dated: May 5, 2021
    New York, New York

                Edgardo Ramos, U.S.D.J.